UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>STEVEN R. RIDGEWAY ANDERSON and<br>ANN MARGARET ALIBERTI,<br><br>                    Defendants. | No.  CR-09-2049-FVS-1<br>     CR-09-2049-FVS-2<br><br>ORDER GRANTING MOTION TO<br>SUPPRESS AND DENYING<br>MOTION TO SEVER |

**THIS MATTER** have come before the Court on December 18, 2009, for an evidentiary hearing; the Court having considered both the evidence presented by the parties and their arguments; Now, therefore

**IT IS HEREBY ORDERED:**

1. Steven R. Ridgeway Anderson's motion to suppress (**Ct. Rec. 91**) is **granted** to the extent indicated by the Court at the conclusion of the evidentiary hearing on December 18, 2009.

2. Steven R. Ridgeway Anderson's motion to sever his trial from his codefendant's trial (**Ct. Rec. 94**) is **denied** for the reasons given by the Court on December 18, 2009.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this   21st    day of December, 2009.

                    s/ Fred Van Sickle
                    Fred Van Sickle
           Senior United States District Judge

ORDER - 1