1  JAMES A. McDEVITT
   United States Attorney
2  Eastern District of Washington
   GREGORY M. SHOGREN
3  Assistant United States Attorney
   402 E. Yakima Avenue, Suite 210
4  Yakima, WA  98901-2760
   Telephone: (509) 454-4425
5

6                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF WASHINGTON
7

8
   UNITED STATES OF AMERICA,    )
9                               )    NO: CR-09-2049-FVS-1
             Plaintiff,         )        CR-09-2049-FVS-2
10                              )
        v.                      )    **ORDER DISMISSING**
11                              )    **INDICTMENT**
   STEVEN R. RIDGEWAY ANDERSON, )
12 ANN MARGARET ALIBERTI,       )
                                )
13           Defendant.         )
   _____)
14

15      IT IS HEREBY ORDERED Ct. Recs. 120 and 121 are GRANTED.  The

16 Indictment is dismissed without prejudice.  The Court makes

17 no judgment as to the merit or wisdom of this dismissal.

18      DATED this  28th  day of December, 2009.

19

20

21

22                              s/ Fred Van Sickle
                                _____
23                              FRED VAN SICKLE
                                UNITED STATES DISTRICT COURT JUDGE
24

25

26

27

28

                                3